IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Geoffrey A Thomas,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jeffery Shields, et al.,<br><br>　　　　Defendants. | No. CV-22-00257-TUC-JCH<br><br>**ORDER** |

    In this case, Plaintiff Thomas brought an action for breach of contract against Defendants Jeffery and Terel Shields for failure to repay a loan with a current approximate balance of $561,183.04. On June 30, 2023, Plaintiff moved for terminating sanctions, Doc. 49, which the Court granted. Doc. 53. On July 26, 2023, the Court ordered default judgment entered in favor of Plaintiff. Doc. 53. On September 28, 2023, a hearing was held to determine the amount of Plaintiff's damages.

    Before the Court is Plaintiff's "Application for Entry of Default" and "Motion for Attorneys' Fees." Doc. 55. The Court will grant Plaintiff's Application and Motion pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

    Accordingly,

    **IT IS ORDERED GRANTING** Plaintiff's Application for Default Judgment (Doc. 55).

    **IT IS FURTHER ORDERED GRANTING** Plaintiff's Request for Attorneys' Fees (Doc. 55).

**IT IS FURTHER ORDERED ENTERING** Default Judgment in favor of Plaintiff Geoffrey A. Thomas and against Defendants Jeffery G. Shields and Terel T. Shields.

The Court hereby enters the following Judgment in favor of Plaintiff and against Defendants:

1. Plaintiff shall have and recover from Defendants damages of $561,183.04.

2. Plaintiff shall have and recover from Defendants attorneys' fees of $50,976 and costs of $4,985.55 in connection with Plaintiff's August 8, 2023 Request for Attorneys' Fees. Doc. 55.

3. Plaintiff shall have and recover from Defendants attorneys' fees of $3,910.50 in connection with Plaintiff's May 23, 2023 Motion to Compel. Docs. 38, 47.

4. Judgment is entered in the total sum of $621,055.09 in favor of Plaintiff and against Defendants. All awards of attorneys' fees and costs are hereby included in this Judgment, which provides for statutory post-judgment interest under 28 U.S.C. § 1961.

5. Post-judgment interest shall accrue from the date of this Judgment at the statutory rate of 5.46%, compounded annually. *See* 28 U.S.C. § 1961.

The Clerk of the Court shall enter judgment accordingly.

Dated this 28th day of September, 2023.

John C. Hinderaker
United States District Judge